DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORGE MORLAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-62

[April 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey and John J. Murphy, III, Judges; L.T. Case No. 09-821CF10B.

Jorge Morlas, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***